_____

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
August 30, 2024

MEGAN K. McHENRY, ESQ.
Nevada State Bar No. 9119
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax #:  702-434-3739
m.mchenry@lvlaw.com; k.bratton@hayesandwelsh.onmicrosoft.com

*Attorneys for Plaintiff/Creditor,
Jordan Litigation Funding, LLC*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>ROBERT WAYNE NOKLEY, SR. and<br>KAREN YVONNE NOKLEY,<br><br>Debtors. | CASE NO.: BK-S-24-10503-mkn<br>Chapter 7 |
| JORDAN LITIGATION FUNDING, LLC,<br><br>Plaintiff,<br>v.<br><br>ROBERT WAYNE NOKLEY, SR. and<br>KAREN YVONNE NOKLEY,<br><br>Defendants. | **Adv. Proc. No.: 24-01033-mkn**<br><br><br><br>**Hearing Date:  August 28, 2024**<br>**Hearing Time:      2:30 pm** |

**ORDER GRANTING PLAINTIFF/CREDITOR'S MOTION FOR ENTRY OF
DEFAULT JUDGMENT AGAINST DEBTORS,
ROBERT WAYNE NOKLEY, SR. and KAREN YVONNE NOKLEY**

On August 28, 2024, the hearing on Plaintiff/Creditor's Motion for Entry of Default Judgment Against Debtors/Defendants, Robert Wayne Nokley, Sr. and Karen Yvonne Nokley [ECF No. 17] was held.  Attorney Megan K. McHenry Esq. appeared telephonically on behalf of Plaintiff/Creditor, Jordan Litigation Funding, LLC.  No other appearances were noted on the record.

LAW OFFICE OF
HAYES & WELSH
A PROFESSIONAL CORPORATION
199 NORTH ARROYO GRANDE BLVB., SUITE 200
HENDERSON, NEVADA 89074
(702) 434-3444  FAX (702) 434-3739

To the extent that the Court made findings of fact and conclusions of law during its oral ruling on August 28, 2024, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to FED. R. CIV. P. 52, made applicable to this contested matter pursuant to FED. R. BANKR. P. 9014(a) and (c) and 7052.

**IT IS HEREBY ORDERED** that Plaintiff/Creditor's Motion for Entry of Default Judgment Against Debtors/Defendants, Robert Wayne Nokley, Sr. and Karen Yvonne Nokley [ECF No. 17] is **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiff/Creditor's request for entry of judgment on its First Claim for Relief for Denial of Discharge of Debt under 11 U.S.C. § 523(a)(2), Second Claim for Relief for Denial of Discharge of Debt under 11 U.S.C. § 523(a)(4), and Third Claim for Relief for Denial of Discharge of Debt under 11 U.S.C. § 523(a)(6), are **GRANTED** and Plaintiff/Creditor shall submit a proposed Non-Dischargeable Judgment to the Court for entry;

**IT IS FURTHER ORDERED** that Plaintiff/Creditor's request for entry of judgment on its Fourth Claim for Relief for Denial of Discharge under 11 U.S.C. § 727(a)(2)(A), Fifth Claim for Relief for Denial of Discharge under 11 U.S.C. § 727(a)(3), Sixth Claim for Relief for Denial of Discharge under 11 U.S.C. § 727(a)(4), Seventh Claim for Relief for Denial of Discharge under 11 U.S.C. § 727(a)(5), and Eighth Claim for Relief for Denial of Discharge under 11 U.S.C. § 727(a)(6) are **GRANTED** and Defendant/Debtor's discharge is **DENIED**.

**IT IS FURTHER ORDERED** that the Scheduling Conference currently set for September 12, 2024, at 10:00 am is **VACATED** as moot.

**IT IS FURTHER ORDERED** that the automatic stay is terminated upon entry of this Order pursuant to 11 U.S.C. § 362(c)(2)(C).

**IT IS SO ORDERED**.

Dated this 29th day of August, 2024.

LAW OFFICE OF
**HAYES & WELSH**
A PROFESSIONAL CORPORATION
199 NORTH ARROYO GRANDE BLVB., SUITE 200
HENDERSON, NEVADA 89074
(702) 434-3444  FAX (702) 434-3739

PREPARED AND SUBMITTED BY:

LAW OFFICE OF HAYES & WELSH

 /s/Megan K. McHenry
MEGAN K. MCHENRY, ESQ.
Nevada Bar No. 9119
199 N. Arroyo Grande Blvd., Ste. 200
Henderson, NV  89074
*Attorneys for Plaintiff/Creditor,*
*Jordan Litigation Funding, LLC*

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the courts ruling that (check one):

___ The Court has waived the requirement of approval under LR 9021(b)(1).

__X__ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #