_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
September 04, 2024

MEGAN K. MCHENRY, ESQ.
Nevada State Bar No. 9119
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax: 702-434-3739
E-Mail: m.mchenry@lvlaw.com
*Attorneys for Plaintiff/Creditor*
*JORDAN LITIGATION FUNDING, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

ROBERT WAYNE NOKLEY, SR. and
KAREN YVONNE NOKLEY,

   Debtors.

CASE NO.: BK-S-24-10503-mkn
Chapter 7

JORDAN LITIGATION FUNDING, LLC,

   Plaintiff,

v.

ROBERT WAYNE NOKLEY, SR. and
KAREN YVONNE NOKLEY,

   Defendants.

**Adv. Proc. No.: 24-01033-mkn**

**NON-DISCHARGEABLE JUDGMENT**

   Pursuant to the Order Granting Plaintiff/Creditor's Motion for Entry of Default Judgment Against Debtors, Robert Wayne Nokley, Sr. and Karen Yvonne Nokley entered on August 30, 2024 as ECF No. 23, a Non-Dischargeable Judgment is hereby entered pursuant to 11 U.S.C. § 523(a)(2), 11 U.S.C. §523(a)(4), and 11 U.S.C. §523(a)(6) in favor of

1

Creditor/Plaintiff, JORDAN LITIGATION FUNDING, LLC (hereinafter "Creditor") and against Debtors/Defendants, ROBERT WAYNE NOKLEY, SR. and KAREN YVONNE NOKLEY (hereinafter "Defendants") in the amount of $32,595.92 plus post-judgment interest at the rate of 40.0% per annum from entry of the judgment until paid in full, attorneys' fees in the amount of $10,830.00 and costs in the amount of $811.60.

**IT IS SO ORDERED.**

Prepared by:

LAW OFFICE OF HAYES & WELSH

/s/ Megan K. McHenry_____
MEGAN K. MCHENRY, ESQ.
Nevada Bar No. 9119
199 N. Arroyo Grande Blvd., Ste. 200
Henderson, NV 89074
*Attorneys for Plaintiff/Creditor*
*JORDAN LITIGATION FUNDING, LLC*

# # #

LAW OFFICE OF
HAYES & WELSH
A PROFESSIONAL CORPORATION
199 NORTH ARROYO GRANDE BLVB., SUITE 200
HENDERSON, NEVADA 89074
(702) 434-3444  FAX (702) 434-3739