Megan K. McHenry, ESQ.
Nevada State Bar No. 9119
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-832-5592
Fax #:  702-434-3739
Email: m.mchenry@lvlaw.com; tgeller@hayesandwelsh.onmicrosoft.com
*Attorneys for Plaintiff*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF  NEVADA

In re: ROBERT WAYNE NOKLEY, SR and
KAREN YVONNE NOKLEY

Debtor.

JORDAN LITIGATION FUNDING, LLC,

Plaintiff,

v.

ROBERT WAYNE NOKLEY, SR and KAREN
YVONNE NOKLEY

Defendant(s).

Bankruptcy No.: BK-S-2410503-mkn
Adversary Proceedings: 24-01033-mkn

WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA:

On 9/4/2024, a judgment was entered in the docket of the above entitled Court and action, in favor of JORDAN LITIGATION FUNDING, LLC, as Judgment Creditor, and against ROBERT WAYNE NOKLEY, SR and KAREN YVONNE NOKLEY, as Judgment Debtor, for:

$ <u>32,595.92</u> Principal

$ <u>10,830.00</u> Attorney Fees

$ <u>0.00</u> Interest, and

$ <u>811.60</u> costs, making a total amount of

$ **44,237.52** JUDGMENT AS ENTERED

WHEREAS, according to an affidavit and request for issuance of writ of execution filed herein, it appears that further sums have accrued since the entry of judgment, to writ:

Page 1 of 2

$ 5,187.36 Accrued interest, and

$ 0.00 Accrued costs and fees, making a total of

$ **5,187.36** ACCRUED INTEREST, COSTS AND FEES

Credit must be given for payments and partial satisfaction in the amount of:

$ 0.00 Which is to be first credited against the total accrued interest, costs and fees, with any excess credited against the Judgment as entered, leaving a net balance of

$ 49,424.88 ACTUALLY DUE on the date of issuance of this writ, of which

$ **49,424.88** Is due on the Judgment as entered, and bears interest at 40.00% per annum, in the amount of $ 48.48 PER DAY, from the date of entry of the judgment to the date of issuance of this writ, to which must be added the accrued costs and fees and the commissions and cost of the officer executing this writ.

Notice by mail of the sale under the writ of execution

has not been requested. The following named persons have requested such notice of sale:

NAME                                          ADDRESS

_____

_____

   YOU ARE THEREFORE COMMANDED to satisfy the said Judgment with interest and cost as provided by law and your costs and disbursements out of the personal property of said debtor, except that for any period, 75 percent of the disposable earnings of the debtor during this period or for each week of the period 30 times the minimum hourly wage prescribed by section 6 (a)(1) of the Federal Fair Labor Standards Act of 1938 [29 USC 206 (a) (1)], and in effect at the time the earnings are payable, whichever is greater, is exempt from any levy of execution pursuant to this writ, and if sufficient personal property cannot be found, then out of his real property; or if the Judgment be a lien upon real property, then out of the real property belonging to such debtor, and make return of this writ within not less than ten (10) days nor more than sixty (60) days after your receipt thereof with what you have done endorsed hereon.



Digitally signed by
Nichole Carruth
Date: 2024.12.20
12:16:32 -08'00'

By_____

Deputy Clerk

LAW OFFICE OF
HAYES & WELSH
A PROFESSIONAL CORPORATION
199 NORTH ARROYO GRANDE BLVB., SUITE 200
HENDERSON, NEVADA 89074
(702) 434-3444  FAX (702) 434-3739