MEGAN K. McHENRY, ESQ.
Nevada State Bar No. 9119
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax #:  702-434-3739
m.mchenry@lvlaw.com; k.bratton@hayesandwelsh.onmicrosoft.com

*Attorneys for Plaintiff/Creditor*
*JORDAN LITIGATION FUNDING, LLC*

LAW OFFICE OF
HAYES & WELSH
A PROFESSIONAL CORPORATION
199 NORTH ARROYO GRANDE BLVD., SUITE 200
HENDERSON, NEVADA 89074
(702) 434-3444  FAX (702) 434-3739

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | |
| ROBERT WAYNE NOKLEY, SR. and KAREN YVONNE NOKLEY, | CASE NO.: BK-S-24-10503-mkn Chapter 7 |
| Debtors. | |
| JORDAN LITIGATION FUNDING, LLC, | |
| Plaintiff, | Adv. Proc. No.: 24-01033-mkn |
| v. | |
| ROBERT WAYNE NOKLEY, SR. and KAREN YVONNE NOKLEY, | |
| Defendants. | |

**NOTICE OF ENTRY OF ORDER (#43)**

PLEASE TAKE NOTICE that on February 5, 2025, the above-noted Court entered an *Order Granting Motion to Reopen Adversary Case for Post-Judgment Discovery and Execution* [#43], in the above-captioned case, a copy of which is attached hereto.

DATED: February 20, 2025

LAW OFFICE OF HAYES & WELSH

By:    */s/ Megan K. McHenry*
MEGAN K. McHENRY, ESQ.
Nevada State Bar No. 9119
199 North Arroyo Grande Blvd., #200
Henderson, Nevada 89074
(702) 434-3444
*Attorneys for Plaintiff/Creditor*
*JORDAN LITIGATION FUNDING*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 20, 2025, I served the foregoing document entitled:

***NOTICE OF ENTRY OF ORDER (#43),*** in the above-captioned case, by the following means to the persons/ entities/counsel as listed below:

**X**   a.   **Via CM/ECF System:**  See the Court's e-service list

**X**   b.   **Via U.S. Mail,** First-Class and Certified/Return Receipt Postage Fully Prepaid Thereon To:

Robert Wayne Nokley, Sr.
Karen Yvonne Nokley
8414 Farm Road, #1139
Las Vegas, Nevada 89131

I declare under penalty of perjury of the laws of the State of Nevada that the foregoing is true and correct. Signed on: February 20, 2025.

By:   __*/s/ Kathleen Bratton*_____
       An Employee of Law Office of Hayes & Welsh

LAW OFFICE OF
**HAYES & WELSH**
A PROFESSIONAL CORPORATION
199 NORTH ARROYO GRANDE BLVB., SUITE 200
HENDERSON, NEVADA 89074
(702) 434-3444  FAX (702) 434-3739



Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
February 05, 2025

MEGAN K. McHENRY, ESQ.
Nevada State Bar No. 9119
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax #:  702-434-3739
m.mchenry@lvlaw.com; k.bratton@hayesandwelsh.onmicrosoft.com

*Attorneys for Plaintiff/Creditor,*
*Jordan Litigation Funding, LLC*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| In Re:<br><br>ROBERT WAYNE NOKLEY, SR. and<br>KAREN YVONNE NOKLEY,<br><br>Debtors. | CASE NO.: BK-S-24-10503-mkn<br>Chapter 7 |
| JORDAN LITIGATION FUNDING, LLC,<br><br>Plaintiff,<br>v.<br><br>ROBERT WAYNE NOKLEY, SR. and<br>KAREN YVONNE NOKLEY,<br><br>Defendants. | **Adv. Proc. No.: 24-01033-mkn**<br><br><br>**Hearing Date: January 29, 2025**<br>**Hearing Time:        9:30 am** |

### ORDER GRANTING MOTION TO REOPEN ADVERSARY CASE FOR POST-JUDGMENT DISCOVERY AND EXECUTION

On January 29, 2025, the hearing on Plaintiff/Creditor's Motion to Reopen Adversary Case for Post-Judgment Discovery and Execution [ECF No. 33] was held.  Attorney Megan K. McHenry Esq. appeared telephonically on behalf of Plaintiff/Creditor, Jordan Litigation Funding, LLC, and Defendant/Debtor, Robert Wayne Nokley, Sr. appeared telephonically pro se.  No other appearances were noted on the record.

LAW OFFICE OF
HAYES & WELSH
A PROFESSIONAL CORPORATION
199 NORTH ARROYO GRANDE BLVB., SUITE 200
HENDERSON, NEVADA 89074
(702) 434-3444  FAX (702) 434-3739

To the extent that the Court made findings of fact and conclusions of law during its oral ruling on January 29, 2025, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to FED. R. CIV. P. 52, made applicable to this contested matter pursuant to FED. R. BANKR. P. 9014(a) and (c) and 7052.

**IT IS HEREBY ORDERED** that pursuant to 11 U.S.C. § 350(b), Fed. R. Bankr. Pro. 5010, and LR 5010(a), Plaintiff/Creditor's Motion to Reopen Adversary Case for Post-Judgment Discovery and Execution [ECF No. 33] is **GRANTED**;

**IT IS FURTHER ORDERED** that the adversary case is hereby reopened so that Plaintiff may engage in post-judgment discovery and execution on the Non-Dischargeable Judgment [ECF No. 25].

**IT IS FURTHER ORDERED** that any judgment debtor examinations must take place at least thirty (30) day from entry of this Order.

**IT IS FURTHER ORDERED** that the case shall remain open for at least 180 days to allow Plaintiff to engage in any follow-up discovery, execution or motion practice necessary.

**IT IS SO ORDERED**.

Dated this 29th day of January, 2025.

PREPARED AND SUBMITTED BY:

LAW OFFICE OF HAYES & WELSH

/s/Megan K. McHenry
MEGAN K. MCHENRY, ESQ.
Nevada Bar No. 9119
199 N. Arroyo Grande Blvd., Ste. 200
Henderson, NV  89074
*Attorneys for Plaintiff/Creditor,*
*Jordan Litigation Funding, LLC*

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the courts ruling that (check one):
___ The Court has waived the requirement of approval under LR 9021(b)(1).
___ No party appeared at the hearing or filed an objection to the motion.
_X__ I have delivered a copy of this proposed order to all counsel appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Robert Wayne Nokley, Sr. – Failed to respond

LAW OFFICE OF
HAYES & WELSH
A PROFESSIONAL CORPORATION
199 NORTH ARROYO GRANDE BLVD., SUITE 200
HENDERSON, NEVADA 89074
(702) 434-3444  FAX (702) 434-3739

___I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

## Megan McHenry

| | |
|---|---|
| **From:** | Megan McHenry |
| **Sent:** | Wednesday, January 29, 2025 12:45 PM |
| **To:** | Bob Nokley |
| **Subject:** | RE: Jordan Litigation v. Nokley |

I need to submit it to the Court this week, so I will need your proposed changes by tomorrow.

Megan K. McHenry, Esq.
Attorney

 LAW OFFICE OF
HAYES & WELSH

199 N. Arroyo Grande Pkwy., Ste. 200
Henderson, Nevada 89074
Phone: (702) 434-3444 Ext. 107
Direct Phone: (702) 832-5622
Fax: (702) 434-3739
E-mail: m.mchenry@lvlaw.com

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

CONFIDENTIALITY NOTICE:  This electronic mail transmission and its attachments, are intended solely for the use of the individual or entity to which it is addressed and may contain confidential, privileged and/or exempt from disclosure information belonging to the sender which is protected under applicable law.  If you are not the intended recipient, you are hereby notified that you have received this transmittal in error and that any review, dissemination, disclosure, copying, or distribution of this transmittal is strictly prohibited.  Further, the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message and all its attachments, if any.

**From:** Bob Nokley <bobnokley@gmail.com>
**Sent:** Wednesday, January 29, 2025 12:41 PM
**To:** Megan McHenry <m.mchenry@lvlaw.com>
**Subject:** Re: Jordan Litigation v. Nokley

There is no chance I can have it reviewed in one day.  In fact I can't have it reviewed until I secure an appointment for representation per my testimony today.

> On Jan 29, 2025, at 11:02 AM, Megan McHenry <m.mchenry@lvlaw.com> wrote:
>
> Mr. Nokley,
>
> Attached is the proposed Order Granting Motion to Reopen Adversary Case for your review.  If you approve, please sign and email to me by January 30, 2025.
>
> Thank you,

Megan K. McHenry, Esq.
Attorney

<image001.gif>

199 N. Arroyo Grande Pkwy., Ste. 200
Henderson, Nevada 89074
Phone: (702) 434-3444 Ext. 107
Direct Phone: (702) 832-5622
Fax: (702) 434-3739
E-mail: m.mchenry@lvlaw.com

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

CONFIDENTIALITY NOTICE: This electronic mail transmission and its attachments, are intended solely for the use of the individual or entity to which it is addressed and may contain confidential, privileged and/or exempt from disclosure information belonging to the sender which is protected under applicable law. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error and that any review, dissemination, disclosure, copying, or distribution of this transmittal is strictly prohibited. Further, the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message and all its attachments, if any.

<Order Mtn to Reopen.pdf>